IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BARBARA HOWELL,         *
                        *
        Plaintiff       *
                        *
v.                      *   CIVIL ACTION NO. AMD-01-3889
                        *
UNITED STATES           *
OF AMERICA,             *
                        *
        Defendant       *

\*   \*   \*   \*   \*\*\*   \*   \*   \*   \*

ORDER — and not being opposed

The foregoing Motion for Enlargement of Time having been read and considered by the United States District Court for the District of Maryland, it is this 2d day of August 2002,

ORDERED, pursuant to Fed.R.Civ.P.6(b), that the time for conducting discovery in the above-captioned case be and is hereby extended to and including July 31, 2002.

_____
United States Magistrate Judge

4

