IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BARBARA HOWELL                        :

    v.                                : CIVIL ACTION NO.: AMD-01-3889
                                        (Magistrate Judge Grimm)
UNITED STATES OF AMERICA              :
...:::::::::...

### RULE 111.1 ORDER

This Court, has been advised by the parties, that the above action has been settled, including all counterclaims, cross-claims and third party claims, if any.

This action is hereby dismissed and each party is to bear its own costs unless otherwise agreed, in which event the costs shall be adjusted between the parties. The entry of this Order is without prejudice to the right of a party to move for good cause within sixty(60) days to reopen this action if settlement is not consummated. If no party moves to reopen, the case is dismissed with prejudice.

IT IS FURTHER ORDERED that the Clerk of the Court serve copies of this Order upon counsel for the parties appearing in this case.

DATE: 8/30/02

PAUL W. GRIMM
UNITED STATES MAGISTRATE JUDGE